| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sutton, Jeffrey S. | 2. Court or Organization<br><br>Sixth Circuit Court of Appeals | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>85 Marconi Boulevard<br>Columbus, OH 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty | The Ohio State University College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | Ohio Public Employee's Retirement System; vested retirement account. |
| 2. 1997 | Ohio State Teacher's Retirement System; vested retirement account. |
| 3. | |

DISCLOSURE OFFICE   2009 MAY 14 A 11:03   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | The Ohio State University College of Law | $26,550.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | The Columbus Academy - teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Washington University | 1/22-23/09 | Washington, DC | Moot Court Competition. | Transportation, Meals, Room |
| 2. | University of Texas at Austin | 1/23-24/09 | Austin, TX | Participate in event. | Transportation, Meals, Room |
| 3. | Texas Tech University School of Law | 2/4-5/09 | Lubbock, TX | Speech at Texas Tech. | Transportation, Meals, Room |
| 4. | Cornell Law School | 2/20-22/09 | Ithaca, NY | Moot Court Competition. | Transportation, Meals, Room |
| 5. | American Bankruptcy Institute | 3/14-17/09 | New York, NY | Moot Court Competition. | Transportation, Meals, Room |
| 6. | University of Notre Dame | 3/19-21/09 | Notre Dame, IN | Speech at Notre Dame. | Transportation, Meals, Room |

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S. | 05/12/2010 |

| 7. | University of Michigan Law School | 4/1-2/09 | Ann Arbor, MI | Moot Court Competition. | Transportation, Meals, Room |
|---|---|---|---|---|---|
| 8. | University of Virginia | 4/3-5/09 | Charlottesville, VA | Moot Court Competition. | Transportation, Meals, Room |
| 9. | The Federalist Society | 4/7-8/09 | Chicago, IL | Speech at University of Chicago. | Transportation, Meals, Room |
| 10 | Brigham Young University | 4/23-25/09 | Provo, UT | Speech at Brigham Young University. | Transportation, Meals, Room |
| 11. | National Association of Attorneys General | 06/16-17/09 | Colorado Springs, CO | Participate in event. | Transportation, Meals, Room |
| 12. | American Constitution Society for Law and Policy | 6/18-19/09 | Washington, DC | Participate in event. | Transportation, Meals, Room |
| 13. | The Federalist Society | 11/12-13/09 | Washington, DC | Participate in event. | Transportation, Meals, Room |

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase checking account | A | Interest | J | T | | | | | |
| 2. Fidelity cash reserves account | A | Interest | J | T | | | | | |
| 3. Ohio deferred comp plan/S&P 500 Index | A | Dividend | K | T | | | | | |
| 4. Ohio deferred comp plan - Bond Fund | A | Interest | J | T | | | | | |
| 5. Fidelity Investment Grade Bond Fund (IRA) | A | Interest | J | T | | | | | |
| 6. Fidelity Cash Reserves Mutual Fund (IRA) | A | Interest | J | T | | | | | |
| 7. Fidelity Select Health Care Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 8. Fidelity Spartan 500 Index Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 9. Fidelity Strategic Bond Fund (IRA) | A | Interest | J | T | | | | | |
| 10. Fidelity Cash Reserves Mutual Fund (IRA) | A | Interest | J | T | | | | | |
| 11. Fidelity Magellan Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 12. Fidelity Overseas Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 13. Fidelity Blue Chip Mutual Fund | A | Dividend | J | T | | | | | |
| 14. Fidelity Growth & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 15. Vanguard Ohio Tax-Exempt Money Market Fund | B | Interest | K | T | | | | | |
| 16. Vanguard S&P 500 Index Fund (IRA) | B | Dividend | M | T | | | | | |
| 17. Household Finance Corporation bonds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard S&P 500 Index Fund | B | Dividend | M | T | | | | | |
| 19. Admiral Treasury Money Market | C | Interest | M | T | | | | | |
| 20. TIAA/CREF Retirement Plan | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R = Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts

Items 17 through 20 are part of a trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544